FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

## COMPLAINT

Mallett     #68978
(Last Name)     (Identification Number)

Marcus     E
(First Name)     (Middle Name)

(Institution)

1450 County Farm Rd., Raymond, MS 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 3:17cv409-DPJ-FKB
(to be completed by the Court)

Mary Rushing Warden
Victor P Mason
Dewayne Owens Deputy
Lacy Deputy, and Deputy Allen
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (X)    No ( )

B. Are you presently incarcerated?
Yes (X)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes (X)    No ( )

D. Are you presently incarcerated for a parole or probation violation?
Yes (X)    No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (X)    No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Marcus Mallett        Prisoner Number: 144049

Address: 1456 County Farm Rd.

Raymond, MS 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Mary Rushin, Victor Mason, Dawayen Owens is employed as Warden, Sheriff Deputy Lacy   at 1450 County Farm Rd. Raymond, MS 39154
Deputy Allen

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                                    ADDRESS:
Marcus E Mallett                         1450 County Farm Rd. Raymond, MS 39154

DEFENDANT(S):

NAME:                                    ADDRESS:
Mary Rushin                              1450 County Farm Rd. Raymond MS
Victor P Mason                           1450 County Farm Rd. Raymond MS 39154
Dawayne Owens                            1450 County Farm Rd. Raymond MS 39154
Lacy    Dupty                            1450 County Farm Rd, Raymond MS 39154
Allen   Deputy                           1450 County Farm Rd. Raymond, MS 39154

Page 2 of 4

| OTHER LAWSUITS FILED BY PLAINTIFF |
|---|
| NOTICE AND WARNING |
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.   Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (☒)

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

1) I was jump on in HCDC by 3 officers for nothing, and I was sent to the hospital. And I didn't get know Justice. On May 6 2017 2:00 p.m or 3:38 p.m 2 Shift. Dawayne Owens Deputy, Lacy Deputy, and Allen

2) Victor P Mason He have me housed in B-3 5502 with no lights no air I been over here since May the 3 and rite now May 20. 3)

Mary Rushin She talk to me about it but they still work here and I don't see no Justice, can yall please help me, cause I need Justice.

RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

My Freedom and $100,000.00 or my Freedom $50,000

Signed this May day of 20, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Mary Mallett
Signature of plaintiff