EXHIBIT LIST

PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE (papers, medical records, pictures, statements of witnesses, etc.).  FOR EACH EXHIBIT LISTED, WRITE ON THIS SHEET:

       1. A brief description of the exhibit;
       2. A short statement of the purpose for which the exhibit will be introduced.

1. Call CMMC, they got my medical records, when I went to the hospital May 6, 2017!

2. My babymamm get the pictures Alena Pendleton, and my lawyer.

3. The camera on B-3 zone facing 5502, where it happen at.

4. Medical station in Raymond, records of me going to medical

5.

6.

7.

4