IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCUS E. MALLETT                                                            PLAINTIFF

VS.                                                 CIVIL ACTION NO. 3:17-cv-409-DPJ-FKB

WARDEN MARY RUSHING, et al                                                DEFENDANTS

**OMNIBUS ORDER**

    This is an action pursuant to 42 U.S.C. § 1983 brought by Marcus E. Mallett, an inmate in the custody of the Mississippi Department of Corrections. The Court held an omnibus hearing in this matter on July 2, 2018. During the omnibus hearing, the undersigned questioned Plaintiff concerning his claims and addressed other case management issues. Having considered Plaintiff's testimony at the omnibus hearing, the Court finds and orders as follows.

    Plaintiff's claim, as clarified at the omnibus hearing, is that on or about May 6, 2017, Defendants Owens, Lacy, and Allen used excessive force against him while he was housed at the Hinds County Detention Center in Raymond, Mississippi. He also claims that his cell at the Hinds County Detention Center lacked lights and air conditioning.

    The Court conducted the hearing via video conference. Defense counsel, who was present in the Courtroom, produced copies of Defendants' exhibit list and witness list, and also of Plaintiff's Hinds County Detention Center file. The Court instructed defense counsel to mail copies of those documents to Plaintiff.

    Discovery shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. All discovery must be completed by October 31, 2018. Any dispositive motions must be filed by November 14, 2018.

The Court will set this matter for trial after it has ruled on any dispositive motions, if necessary.

SO ORDERED, this the 9th day of July, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE